Freddie H. DREYER, Plaintiff-Appellee,

v.

Frances T. Freeman JALET, Defendant-Appellant,

Robert SLAYMAN, Plaintiff-Appellee,

v.

Frances T. Freeman JALET, Defendant-Appellant,

Donald Allen LOCK, Plaintiff-Appellee,

v.

Frances T. Freeman JALET, Defendant-Appellant.

No. 73–1010
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 9, 1973.

* The Honorable William T. Sweigert, United States District Judge for the Northern District of California, sitting by designation.

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New

Stuart M. Nelkin, W. W. Kilgarlin, Frederick S. Grossberg, David H. Berg, Henry M. Rosenblum, Houston, Tex., William K. Kimble, Austin, Tex., Leon S. Hirsch, Houston, Tex., for defendant-appellant.

Max H. Jennings, Houston, Tex., for Dreyer.

Thomas M. Phillips, Houston, Tex., for Slayman.

Donald K. Eckhardt, Houston, Tex., for Lock.

Before GEWIN, COLEMAN and MORGAN, Circuit Judges.

PER CURIAM:

After consideration of the brief, trial record and reported memorandum opinion of the District Judge, D.C., 349 F. Supp. 452, we conclude that the district court should be

Affirmed.